IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-mj-89-B |
| | ) | |
| SANDRA G. DIXON | ) | |
| | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

This case is eligible for a detention order because this case involves:

_____   Crime of violence (18 U.S.C. 3156)

_____   Maximum sentence of life imprisonment or death

_____   10 + year drug offense

_____   Felony, with two prior convictions in the above categories

\_\_X\_\_   Serious risk the defendant will flee

_____   Serious risk of obstruction of justice

2. Reason For Detention

The Court should detain defendant because there are no conditions of release which will reasonably assure:

\_\_X\_\_   Defendant's appearance as required

_____   Safety of any other person and the community

3.   <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

\_\_\_\_\_   Probable cause to believe defendant committed 10 + year drug offense or a crime of violence or an offense in which a firearm was used or carried under Section 924(c)

\_\_\_\_\_   Previous conviction for "eligible" offense committed while on pretrial bond

\_\_\_\_\_   A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.   <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

__X__   At the initial appearance

\_\_\_\_\_   After continuance of \_\_\_\_ days

Respectfully submitted this the 5TH day of August, 2005.

    LEURA GARRETT CANARY
    United States Attorney

    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334.223.7280
    334.223.7135 fax
    susan.redmond@usdoj.gov