# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

**DATE:** AUGUST 5, 2005

**DIGITAL RECORDING:** 1:41 p.m. - 11:59 p.m.

- [X] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

---

**PRESIDING MAG. JUDGE:** DELORES R. BOYD  
**DEPUTY CLERK:** WANDA STINSON

**CASE NO.** 2:05MJ89-DRB  
**DEFT. NAME:** SANDRA DIXON

**USA:** SUSAN REDMOND  
**ATTY:** DONNIE BETHEL

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (X) CDO  
( ) Stand In ONLY

**USPTSO/USPO:** TAMARA MARTIN

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES NAME: _____

---

- [X] kars. — Date of Arrest **8/5/05** or [ ] karsr40
- [X] ia. — Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [X] cnsl. — Deft. First Appearance with Counsel
- [ ] — Deft. First Appearance without Counsel
- [ ] — Requests appointed Counsel [X] **ORAL MOTION for Appointment of Counsel**
- [X] finaff. — Financial Affidavit executed [ ] to be obtained by PTSO
- [X] koappted — **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt. — Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ] — Deft. Advises he will retain counsel. Has retained _____
- [ ] — Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ] — Government's **WRITTEN** Motion for Detention Hrg. filed.
- [X] kdmhrg. — **Detention Hearing** [ ] held; [X] set for **8/8/05 @ 3:30**
- [ ] kotempdtn. — **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn. — **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] kocondrls. — Release order entered. Deft. advised of conditions of release
- [ ] kbnd. — [ ] **BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR)
- [ ] — [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- [X] loc.(LC) — Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] — Preliminary Hearing [ ] Set for _____
- [ ] ko. — Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl. — Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ] — Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [ ] karr. — ARRAIGNMENT SET FOR: _____ [ ] HELD. Plea of **NOT GUILTY** entered.
  [ ] Set for _____ Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
  DISCOVERY DISCLOSURES DATE: _____
- [ ] krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. — Identity/Removal Hearing set for _____
- [ ] kwvspt — **Waiver of Speedy Trial Act Rights Executed**