IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-mj-089-B |
| | ) | |
| SANDRA G. DIXON | ) | |

### ORDER

Pursuant to the *Government's Motion for Detention Hearing* (Doc. 1, filed August 5, 2005), it is

**ORDERED** that the motion is **GRANTED**.

In consideration of the defendant's oral motion for a preliminary hearing at the scheduled initial appearance on August 5, 2005, it is

**ORDERED** that the motion for a preliminary hearing is hereby **GRANTED**. Accordingly, a combined preliminary and detention hearing for the defendant is set at **3:30 p.m. on Monday, August 8, 2005**, in District Courtroom 4A. If the defendant is in custody, the U.S. Marshal is directed to produce the defendant for the hearing.

Done this 5th day of August, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE