# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. DELORES R. BOYD

DATE COMMENCED: 8/8/05        DIGITAL RECORDING: 3:47 - 5:34

DATE COMPLETED: 8/8/05

USA                                *

vs                                 *        2:05mj89-B

SANDRA G. DIXON                    *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan Redmond | | Donnie Wayne Bethel |

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: Preliminary & Detention Hearing

| Description | 2:05mj89-B: USA v. Sandra G. Dixon; Preliminary & Detention Hearing | |
|---|---|---|
| Date | 8/8/2005 | Location: Courtroom 4A |

| Time | Speaker | Note |
|---|---|---|
| 3:51:16 PM | Government | Calls Witness Leighton Greenlee |
| 4:21:33 PM | Defendant | Cross Examines Witness |
| 4:27:38 PM | Government | Re-Directs Witness |
| 4:28:31 PM | Court | Makes a Probable Cause Finding that a Federal Offense committed; Case may proceed |
| 4:29:34 PM | Government | Argues Flight Risk as to the Detention Hearing; Motion for Detention will be withdrawn; Requests Home Detention as a condition of Release |
| 4:32:59 PM | Defendant | Responds to Request for Home Detention |
| 4:33:41 PM | Court | Requests Government to explain request for Home Detention |
| 4:34:46 PM | | Recess for 10 minutes for In Camera Hearing outside presence of Defendant's Counsel |
| 4:55:26 PM | Court | Court Convened; Pretrial Services will provide written Special Conditions of release; Court will recess until Pretrial Provides conditions of release |
| 4:58:06 PM | | Court in Recess |
| 5:21:51 PM | | Court Convened |
| 5:22:07 PM | Court | Court addresses Government Motion to Withdraw M/Detention; Motion Granted; Defendant will be released on Bond; Court addresses Conditions of Release |
| 5:34:11 PM | | Court in Recess |