AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ ALABAMA

UNITED STATES OF AMERICA
V.
SANDRA G. DIXON

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:  2:05mj89-B

I, _____ Sandra G. Dixon _____ , charged in a ☐ complaint  X petition

pending in this District _____ Violation of Conditions of Supervised Release _____

in violation of _____ , U.S.C., _____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination   X hearing  , do hereby waive (give up) my right to a preliminary ☐ examination   X hearing.

_____
_Defendant_

_____
25 August 2005
_Date_

_____
_Counsel for Defendant_