**COURTROOM DEPUTY'S MINUTES**          **MIDDLE DISTRICT OF ALABAMA**

---

√ INITIAL APPEARANCE          DATE: August 25, 2005
❏ BOND HEARING
❏ DETENTION HEARING          Digital Recording 3:00 - 3:08
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
❏ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Delores R. Boyd    **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:05mj89-B    **DEFENDANT NAME:** Sandra G. Dixon

**AUSA:** Susan Redmond    **DEFT. ATTY:** Donnie Bethel

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Sandra Wood/Kevin Poole

Interpreter needed: ( √ ) NO; (  )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest August 25, 2005 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. √Prob/Sup Rel Violator |
| ❏ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❏ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of √preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for DISCOVERY DISCLOSURE DATE: |
| ❏ | WAIVER of Speedy Trial.   CRIMINAL TERM: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |

**\*\*Revocation Hearing to be set by order for August 29, 2005 at 2:30.**