IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-mj-089-B |
| | ) | |
| SANDRA G. DIXON | ) | |

**ORDER**

At her initial appearance on August 25, 2005, the defendant, SANDRA G. DIXON, appeared with counsel and waived her right to a preliminary hearing on the *Petition to Revoke Release on Pretrial Supervision* (Doc. 15, August 23, 2005). Accordingly, the court finds that the Petition sets forth sufficient probable cause for the asserted violations. It is, therefore

**ORDERED** that a revocation hearing is set at **2:30 p.m.** on August 29, 2005, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex. Pending the hearing, the defendant shall be remanded to the custody of the U.S. Marshal and produced for the hearing.

Done this 25th day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE