IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __NORTHERN__ DIVISION

HON. __Delores Boyd__ MAG. JUDGE AT __Montgomery__, ALABAMA

DATE COMMENCED __8-29-2005__ AT __2:30__ A.M./(P.M.)

DATE COMPLETED __8-29-2005__ AT __2:53__ A.M./(P.M.)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | (Criminal) Case No. 2:05mj89-B |
| SANDRA G. DIXON | ) | (Civil) |

~~PLAINTIFF~~/GOVERNMENT | DEFENDANT
Susan Redmond | Donnie Bethel

**COURT OFFICIALS PRESENT**
S. Q. Long, Jr., Clerk

**PROCEEDINGS**

( ) NON-JURY TRIAL
(X) OTHER PROCEEDING: __PRE-TRIAL RELEASE REVOCATION HEARING__

2:30pm: Court convenes.
Testimony taken.
Court detains defendant
2:53pm: Court is recessed.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, ___NORTHERN___ DIVISION

UNITED STATES OF AMERICA  *
                          *
VS.                       *     CR. NO. 2:05mj89-B
                          *
SANDRA G. DIXON           *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Kevin Pool | 1. William Dixon |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |