**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
Clerk

TELEPHONE:
334 954-3600

October 7, 2005

## *NOTICE OF DEFICIENCY*

TO: Attorney Donnie Bethel

FROM: Sheila Carnes
Deputy Clerk

SUBJECT: USA v Sandra G. Dixon; 2:05mj89-B
Motion for Reconsideration, DN 23

The Motion for Reconsideration of the Order of Revocation and Detention and Motion for Release, DN 23, filed in above-styled case on October 7, 2005, was unfortunately filed in the wrong case. Judge Boyd has directed our office to strike this document from the record and to contact your office to correct the deficiency by filing the motion in the correct case, which is USA v Sandra G. Dixon; 2:05-cr-214-T.

As is our policy, the magistrate case was merged into the criminal case when the defendant was indicted on September 8, 2005, and, as of that date, all documents should be filed in the criminal case (2:05-cr-214-T).

If you have questions or need further assistance, please contact me at 334 954-3972.